EDWARD WYSOCKI, Appellant, v. NELLIE FUS, as Administratrix, etc., of MARY BARC, Deceased, Respondent.— In an action for an accounting judgment in so far as it dismisses the complaint on the merits, with costs, reversed on the law and the facts, with costs, and judgment directed for plaintiff in the sum of $274.76, without costs. The testimony most favorable to defendant is that exclusive of outstanding accounts plaintiff was to receive $1,000.

| | |
|---|---:|
| He received four notes | $1,000.00 |
| He received cash and checks | 515.65 |
| | $1,515.65 |
| Plaintiff paid outstanding debts | 790.41 |
| Actually received by plaintiff | $725.24 |

There is, therefore, due to plaintiff $274.76. The parties have stipulated as to the outstanding accounts. The stipulation will be made a part of the order. Findings of fact and conclusions of law will be made accordingly. Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ., concur. Settle order on two days' notice.